■ In the Matter of BRADFORD GOZ et al., Appellants, v CONCILIATION AND APPEALS BOARD, Respondent. UNITED NATIONS PLAZA TOWER ASSOCIATES LIMITED PARTNERSHIP, Proposed

Intervenor-Appellant. — Judgment, Supreme Court, New York County (Felice Shea, J.), entered on March 6, 1984, unanimously affirmed, without costs and without disbursements. The notice of appeal filed on behalf of the proposed intervenor-appellant is deemed as a motion for leave to intervene herein, which motion is granted. No opinion. Concur — Sandler, J. P., Asch, Fein, Lynch and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMA GOMEZ, Appellant. — Judgment, Supreme Court, Bronx County (Vincent Vitale, J.), rendered on March 1, 1983, unanimously affirmed.